**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| TERRENCE GUDALEFSKY AND CHERLENE GUDALEFSKY, | : No. 958 MAL 2015 |
| Petitioners | : Petition for Allowance of Appeal from : the Order of the Superior Court |
| v. | : |
| CRAIG HATCH, ESQUIRE AND THOMAS J. WEBER, ESQUIRE, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 6th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.